UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MOJDEH H. ILBEIG, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:18-CV-157-FL
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 1, 2018, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on November 1, 2018, and Copies To:**
Mojdeh H. Ilbeig (via US mail) 9969 Alta Spring Way, Apt. 302, Rockville, MD 20850
Shelley Walters Coleman (via CM/ECF Notice of Electronic Filing)
J. Scott Lewis (via CM/ECF Notice of Electronic Filing)

November 1, 2018        PETER A. MOORE, JR., CLERK

                                   /s/ Susan W. Tripp
                                (By) Susan W. Tripp, Deputy Clerk